Michelle M. Fujimoto (SBN: 125462)
Eva M. Weiler (SBN: 233942)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone:   949.475.1500
Facsimile:    949.475.0016

Attorneys for Defendants Wyeth LLC
fka Wyeth and Wyeth Pharmaceuticals Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. WALKER,<br><br>            Plaintiff,<br><br>       vs.<br><br>PFIZER, INC; WYETH dba WYETH LLC; WYETH PHARMACEUTICALS, INC.; ORTHO-MCNEIL PHARMACEUTICAL LLC; MONARCH PHARMACEUTICALS INC.; AND WARNER CHILCOTT US LLC,<br><br>            Defendants. | Case No.:  2:10-CV-00463 GEB-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS WYETH LLC FKA WYETH, WYETH PHARMACEUTICALS INC., AND PFIZER INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>Complaint: Feb. 23, 2010 |

1.     This stipulation for extension of time to answer or otherwise respond to plaintiff's complaint is made on behalf of defendants Wyeth LLC fka Wyeth, Wyeth Pharmaceuticals Inc., and Pfizer Inc.  No prior extensions of time to respond to the complaint have been sought by any of the parties.

2.     This case is one of more than hundreds of pending federal cases in which plaintiffs seek relief in connection with their use of the prescription drug Prempro.

3.     On March 4, 2003, the Judicial Panel on Multidistrict Litigation (the "MDL Panel") ordered that centralization pursuant to 28 U.S.C. § 1407 was

appropriate for the litigation concerning claims for relief by Prempro users, and the Panel issued a Transfer Order assigning the litigation to Judge William R. Wilson, Jr. of the Eastern District of Arkansas.  See In re Prempro Products Liability Litigation, MDL Docket No. 4:03CV1507 WRW (E.D. Ark.).

4. Pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Wyeth will promptly notify the Panel that this case qualifies as a "tag-along" action.  It is to be expected that the Panel will shortly issue a Conditional Transfer Order listing this case.

5. Under Practice and Procedure Order No. 1 of In re Prempro Products Liability Litigation, MDL Docket No. 4:03CV1507 WRW, defendants are relieved of their obligations to answer complaints in "tag-along" actions, and one of a number of answers on file with the MDL court are deemed their answers in such actions.

6. Accordingly, defendants move this Court for an extension of time to answer or otherwise respond to the complaint through and including the day that transfer of this case to In re Prempro Products Liability Litigation, MDL Docket No. 4:03CV1507 WRW, is accomplished pursuant to 28 U.S.C. § 1407.

Dated:  April_12, 2010          SHOOK, HARDY & BACON L.L.P.

                                By:  /s/ Eva M. Weiler
                                     Eva M. Weiler
                                Attorneys for Defendants Wyeth and Wyeth Pharmaceuticals Inc.

Dated: April_7, 2010            KAYE SCHOLER LLP

                                By: /s/ Pamela Yates (as authorized 4/7/10)
                                     Pamela Yates
                                Attorneys for Pfizer Inc.

| | |
|---|---|
| 1  Dated: April_12, 2010 | STEBNER AND ASSOCIATES |
| 2 | |
| 3 | By: /s/ Kathryn A. Stebner (as authorized 4/12/10 |
| 4 | Kathryn A. Stebner<br>Attorneys for Plaintiff Patricia A. Walker |

**IT IS SO ORDERED.**

Dated: 4/14/10

GARLAND E. BURRELL, JR.
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On April 12, 2010, I served on the interested parties in said action the within:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS WYETH LLC FKA WYETH, WYETH PHARMACEUTICALS INC., AND PFIZER INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

☒ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Eastern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 12, 2010, at Irvine, California.

| Eva M. Weiler | /s/ Eva M. Weiler |
|---|---|
| (Type or print name) | (Signature) |

# SERVICE LIST

Kathryn A. Stebner
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA  94105

Tel:  (415) 362-9800
Fax: (415) 362-9801
**Attorney for Plaintiff**

Michael L. Willliams
Leslie O'Leary
Williams Love O'Leary & Powers, P.C.
9755 SW Barnes Rd., Ste. 450
Portland, OR 97225-6681

Tel:  (503) 295-2924
Fax: (503) 295-3720
**Attorney for Plaintiff**

Bryan O. Blevins, Jr., Esq.
Christopher T. Kirchmer, Esq.
PROVOST, UMPHREY LAW FIRM
490 Park Street
PO Box 4905
Beaumont, TX  77704

Tel: (409) 835-6000
Fax: (409) 813-8612
**Attorney for Plaintiff**